

The following constitutes
the order of the court. Signed February 10, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re                                    Case No. 02-55795

3DFX INTERACTIVE, INC.,                  Chapter 11

        Debtor.

_____

**ORDER TRANSFERRING CASE TO HON. ROGER L. EFREMSKY**

   GOOD CAUSE APPEARING, effective immediately this case is hereby transferred to the Hon. Roger L. Efremsky, United States Bankruptcy Court, Oakland Division.

            * * * *   END OF ORDER   * * * *

*Order Transferring Case*                -1-

**COURT SERVICE LIST [by mail and/or ecf]**

[All parties]

Robert P. Varian
Karen Johnson-McKewan
James N. Kramer
Orrick, Herrington & Sutcliffe, LLP
San Francisco, California

Peter G. Bertrand
Richard C. Darwin
Kim Y. Arnone
Buchalter Nemer
San Francisco, California

Nanette Dumas
Office of the U.S. Trustee
San Jose, California

Aaron M. Oliner
Duane Morris LLP

*Order Transferring Case* -2-